IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-42-2BO

UNITED STATES OF AMERICA :
:
v. :
:
JACINTO CARRANZA CIRIACO :
 a/k/a "Taurus" :
 a/k/a "Toribio" :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement and Consent to Forfeiture entered into by the defendant, Jacinto Carranza Ciriaco on August 3, 2011, the following personal property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

a) a 2007 Dodge Charger, VIN: 2B3KA43G87H666925,

b) a 2006 Ford F150 pickup truck, VIN: 1FTPX14516KD77312,

c) a 2002 Chevrolet Trailblazer, VIN: 1GNDS13S222297110,

d) a 2000 Ford Ranger pickup truck, VIN: 1FTZR15V0YTA74102, and

e) a 2007 Dodge Charger SE/SXT, VIN: 2B3KA43R87H781459.

WHEREAS, by virtue of said Memorandum of Plea Agreement and Consent to Forfeiture, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1.  That based upon the Memorandum of Plea Agreement and Consent to Forfeiture as to the defendant, Jacinto Carranza Ciriaco, the United States is hereby authorized to seize the above-

stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This _17_ day of _February_, 2012.

_____
TERRENCE W. BOYLE
United States District Judge